IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:12cr59-MHT
                            )            (WO)
CHANTRESA HAYES             )
```

ORDER

Based on the representations made on the record on October 21, 2015, it is ORDERED that the probation and supervision of defendant Chantresa Hayes are terminated and defendant Hayes is discharged.

DONE, this the 23rd day of October, 2015.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE